**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

MAY 24 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 20-10358 |
| Plaintiff-Appellee, | D.C. No. 4:15-cr-00266-HSG-5 |
| v. | |
| JA'DEL RAYNARD McFIELD, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Northern District of California
Haywood S. Gilliam, Jr., District Judge, Presiding

Submitted May 18, 2021[**]

Before:     CANBY, FRIEDLAND, and VANDYKE, Circuit Judges

Ja'Del Raynard McField appeals from the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i). We have jurisdiction under 28 U.S.C. § 1291. We vacate the district court's order and remand for the district court to reconsider McField's motion.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

The district court concluded that McField had not shown "extraordinary and compelling" reasons warranting his release. 18 U.S.C. § 3582(c)(1)(A)(i). In doing so, it is unclear whether the district court treated U.S.S.G. § 1B1.13 as binding. After the district court's decision, we held that "the current version of U.S.S.G. § 1B1.13 is not an applicable policy statement for 18 U.S.C. § 3582(c)(1)(A) motions filed by a defendant." *United States v. Aruda*, 993 F.3d 797, 802 (9th Cir. 2021) (internal quotation marks and alterations omitted). "The Sentencing Commission's statements in U.S.S.G. § 1B1.13 may inform a district court's discretion for § 3582(c)(1)(A) motions filed by a defendant, but they are not binding." *Id.*

In light of our intervening decision in *Aruda*, we vacate and remand so that the district court can reassess McField's motion for compassionate release under the standard set forth there. We offer no views as to the merits of McField's § 3582(c)(1)(A)(i) motion.

**VACATED AND REMANDED.**